UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONY HOBSON, | Case No. 2:20-cv-00503-KJD-NJK |
| Petitioner, | |
| v. | ORDER |
| JERRY HOWELL, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the respondents were due on February 2, 2021, to respond to Tony Hobson's second amended petition for writ of habeas corpus. *See* Order entered July 15, 2020 (ECF No. 11).

On January 28, 2021, Respondents filed a motion for extension of time (ECF No. 18), requesting a 62-day extension, to April 5, 2021, to respond to Hobson's petition. Respondents' counsel states that the extension of time is necessary because of the time necessary to obtain the state-court record for the case, and because of delay caused by the COVID-19 pandemic. Petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 18) is **GRANTED**. Respondents will have until and including April 5, 2021, to respond to the second amended petition for writ of habeas corpus.

///

///

///

1

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered July 15, 2020 (ECF No. 11) will remain in effect.

DATED THIS 29th day of January, 2021.

KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE