# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TONY HOBSON,

    Petitioner,

v.

JERRY HOWELL, *et al.*,

    Respondents.

Case No. 2:20-cv-00503-KJD-NJK

ORDER

In this habeas corpus action, the petitioner, Tony Hobson, represented by appointed counsel, filed a second amended habeas petition on December 4, 2020 (ECF No. 16). The respondents were due to respond to Hobson's second amended petition by April 5, 2021. *See* Order entered January 29, 2021 (ECF No. 20).

On April 2, 2021, the parties filed a stipulation (ECF No. 21), in which they agree that Hobson may file a third amended habeas petition, and Hobson filed his third amended petition (ECF No. 22). The Court will approve the parties' stipulation. *See* Fed. R. Civ. P. 15(a). The Court will also set a schedule for Respondents to respond to the third amended petition.

///
///
///
///
///
///
///
///

**IT IS THEREFORE ORDERED** that the stipulation filed April 2, 2021 (ECF No. 21) is **APPROVED**. Petitioner is granted leave of court to file his third amended petition for writ of habeas corpus (ECF No. 22, filed April 2, 2021).

**IT IS FURTHER ORDERED** that Respondents will have until and including **May 14, 2021**, to respond to Petitioner's third amended habeas petition. In all other respects, the schedule for further proceedings set forth in the order entered July 15, 2020 (ECF No. 11) will remain in effect.

DATED THIS 5th day of April, 2021.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE