UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONY HOBSON,<br><br>    Petitioner,<br><br>    v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No. 2:20-cv-00503-KJD-NJK<br><br>**ORDER** |

    In this habeas corpus action, the petitioner, Tony Hobson, represented by appointed counsel, filed a second amended habeas petition on December 4, 2020 (ECF No. 16). The respondents filed a motion to dismiss on May 11, 2021 (ECF No. 24). Petitioner was then due to file a response to the motion to dismiss by July 12, 2021. *See* Order entered July 15, 2020 (ECF No. 11) (60 days for response to motion to dismiss).

    On July 12, 2021, Petitioner filed a motion for extension of time (ECF No. 29), requesting a 45-day extension of time, to August 26, 2021, to file his response to the motion to dismiss. This would be the first extension of this deadline. Petitioner's counsel states in the motion that the extension of time is necessary because of the complexity of the motion and because of his obligations in other cases. Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

    **IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 29) is **GRANTED**. Petitioner will have until and including August 26, 2021, to file his response to the motion to dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered July 15, 2020 (ECF No. 11) will remain in effect.

DATED THIS 26th day of July, 2021.

_____
KENT J. DAWSON,
UNITED STATES DISTRICT JUDGE