UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONY HOBSON,<br><br>    Petitioner,<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No. 2:20-cv-00503-KJD-NJK<br><br>**ORDER** |

In this habeas corpus action, the Court resolved Respondents' motion to dismiss on January 3, 2022. In that order, the Court directed the petitioner, Tony Hobson, who is represented by appointed counsel, to make an election regarding Ground 3 of his third amended habeas petition; Hobson is to file either a notice stating that he abandons Ground 3, or a motion for a stay of this action while he exhausts that claim in state court. *See* Order entered January 3, 2022 (ECF No. 38). After an initial 20-day period (ECF No. 38) and then a 30-day extension of time (ECF No. 40), Hobson was due to make the election by February 23, 2022.

On February 23, 2022, Hobson filed a motion for extension of time (ECF No. 41), requesting a further 14-day extension of time, to March 9, 2022, to make his election. His counsel states in the motion that the extension of time is necessary because of his obligations in other cases, his need to meet with his client, and delay caused by the COVID-19 pandemic. Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 41) is **GRANTED**. Petitioner will have until and including March 9, 2022, to make his election regarding Ground 3.

DATED THIS 24 day of February, 2022.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE