UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONY HOBSON,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD OLIVER, *et al.*,<br><br>    Respondents. | Case No. 2:20-cv-00503-KJD-NJK<br><br>**ORDER** |

    In this habeas corpus action, the respondents were due to file a response to Petitioner Tony Hobson's fourth amended habeas petition by January 6, 2025. *See* ECF No. 57 (order entered October 8, 2024, giving Respondents 90 days to file response to fourth amended petition). On December 30, 2024, Respondents filed a motion for extension of time (ECF No. 60) requesting an extension of time to March 3, 2025. That would be a 56-day extension. Respondents' counsel states that the extension of time is necessary because of their obligations in other cases. Respondents' counsel represents that Hobson, who is represented by appointed counsel, does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

///

///

///

///

///

///

///

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 60) is **GRANTED**. Respondents will have until and including March 3, 2025, to file an answer or other response to the fourth amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered September 3, 2024 (ECF No. 55) will remain in effect.

DATED THIS 6th day of January, 2025.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE