UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONY HOBSON,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD OLIVER, *et al.*,<br><br>    Respondents. | Case No. 2:20-cv-00503-KJD-NJK<br><br>**ORDER** |

In this habeas corpus action, the respondents filed a motion to dismiss on March 17, 2025. ECF No. 65. Under the scheduling order in the case, the petitioner, Tony Hobson, who is represented by appointed counsel, was to respond to the motion to dismiss within 60 days, or by May 16. ECF No. 55. On May 15, Hobson filed a motion for extension of time, requesting an extension to July 14, 2025, which would be a 59-day extension. ECF No. 66. Hobson's counsel states that the extension of time is necessary because of their obligations in other cases. Hobson's counsel represents that the respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 66) is **GRANTED**. Petitioner will have until and including **July 14, 2025**, to file a

///

///

///

///

///

///

1

response to Respondents' motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered September 3, 2024 (ECF No. 55) will remain in effect.

DATED THIS 16th day of May, 2025.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE