UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TONY HOBSON,

    Petitioner,

v.

RONALD OLIVER, *et al.*,

    Respondents.

Case No. 2:20-cv-00503-KJD-NJK

**ORDER**

In this habeas corpus action, the respondents filed a motion to dismiss on March 17, 2025. ECF No. 65. after a 60-day initial period and a 59-day extension of time, Tony Hobson, who is represented by appointed counsel, was to respond to the motion to dismiss by July 14, 2025. ECF Nos. 55, 67. On July 14, Hobson filed a motion for extension of time, requesting a further 14-day extension, to July 28. ECF No. 68. Hobson's counsel states that the extension of time is necessary because of the relatively complicated nature of the motion to dismiss. Hobson's counsel represents that the respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

///

///

///

///

///

///

///

///

1  **IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time
2  (ECF No. 68) is **GRANTED**. Petitioner will have until and including **July 28, 2025**, to file a
3  response to Respondents' motion to dismiss. In all other respects, the schedule for
4  further proceedings set forth in the order entered September 3, 2024 (ECF No. 55) will
5  remain in effect.

7  DATED THIS 16th day of July, 2025.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE