UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONY HOBSON,<br><br>    Petitioner,<br><br>    v.<br><br>RONALD OLIVER, *et al.*,<br><br>    Respondents. | Case No. 2:20-cv-00503-KJD-NJK<br><br>**ORDER** |

In this habeas corpus action, the respondents filed a motion to dismiss on March 17, 2025. ECF No. 65. The petitioner, Tony Hobson, represented by appointed counsel, filed an opposition to the motion to dismiss on July 28. ECF No. 70. Respondents were to file their reply by August 27. ECF No. 55 (30 days for reply). On August 27, Respondents filed a motion for extension of time, requesting a 30-day extension, to September 26. ECF No. 71. Respondents' counsel states that the extension of time is necessary because of obligations in other cases. Respondents' counsel represents that Hobson does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

///
///
///
///
///
///
///
///

1

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 71) is **GRANTED**. Respondents will have until and including **September 26, 2025**, to file a reply to Petitioner's opposition to their motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered September 3, 2024 (ECF No. 55) will remain in effect.

DATED THIS 29th day of August, 2025.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE