UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TONY HOBSON,<br><br>　　　Petitioner,<br><br>　　v.<br><br>RONALD OLIVER, *et al.*,<br><br>　　　Respondents. | Case No. 2:20-cv-00503-KJD-NJK<br><br>**ORDER** |

　　In this habeas corpus action, the respondents were to file an answer by December 29, 2025. *See* ECF No. 74. On December 23, Respondents filed a motion for extension of time, requesting a 60-day extension, to February 27. ECF No. 76. Respondents' counsel states that the extension of time is necessary because of obligations in other cases and administrative duties. Respondents' counsel represents that Petitioner Tony Hobson, who is represented by appointed counsel, does not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

　　**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 76) is **GRANTED**. Respondents will have until and including **February 27, 2026**, to file their answer. In all other respects, the schedule for further proceedings set forth in the order entered September 3, 2024 (ECF No. 55) will remain in effect.

　　DATED THIS <u>6th</u> day of <u>January</u>, 2026.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1