UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TONY HOBSON,

    Petitioner,

    v.

RONALD OLIVER, *et al.*,

    Respondents.

Case No. 2:20-cv-00503-KJD-NJK

**ORDER**

In this habeas corpus action, after a 60-day initial period, a 60-day extension, and a 45-day extension, the respondents were to file an answer by April 13, 2026. *See* ECF Nos. 74, 77, 79. On April 10, Respondents filed a motion for extension of time, requesting a further 30-day extension, to May 13. ECF No. 80. Respondents' counsel states that the extension of time is necessary because of obligations in other cases. Respondents' counsel represents that Petitioner Tony Hobson, who is represented by appointed counsel, does not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

    **IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 80) is **GRANTED**. Respondents will have until and including **May 13, 2026**, to file their answer. In all other respects, the schedule for further proceedings set forth in the order entered September 3, 2024 (ECF No. 55) will remain in effect.

    DATED THIS 10th day of <u>April</u>, 2026.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1