UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

TONY HOBSON,

    Petitioner,

    v.

RONALD OLIVER, *et al.*,

    Respondents.

Case No. 2:20-cv-00503-KJD-NJK

**ORDER**

In this habeas corpus action, the respondents filed an answer on May 13, 2026. ECF No. 82. Petitioner Tony Hobson, who is represented by appointed counsel, was then to file a reply by July 13, 2026. *See* ECF No. 55 (60 days for reply). On July 13, Hobson filed a motion for extension of time, requesting a 60-day extension, to September 11. ECF No. 83. Hobson's counsel states that the extension of time is necessary because they are new to the case and because of obligations in other cases. Hobson's counsel represents that Respondents do not oppose the extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 83) is **GRANTED**. Petitioner will have until and including **September 11, 2026**, to file a reply to the respondents' answer. In all other respects, the schedule for further proceedings set forth in the order entered September 3, 2024 (ECF No. 55) will remain in effect.

DATED THIS 13th day of July, 2026.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

1