**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TONY HOBSON,<br>Petitioner<br>v.<br>RONALD OLIVER, *et al.*,<br>Respondents | Case No.: 2:20-cv-00503-KJD-NJK<br>**Order** |

Petitioner Tony Hobson seeks an extension of time to file his reply. ECF No. 85. The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's unopposed first Motion for Extension of Time (ECF No. 85) is granted. Petitioner has until October 26, 2026, to file his reply.

DATED this 20th day of October, 2026.

KENT J. DAWSON
UNITED STATES DISTRICT JUDGE